

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

**NO. 2-10-148-CV**

IN RE JAMES CARLEY AND                                          RELATORS
AAA TEXAS COUNTY MUTUAL
INSURANCE COMPANY
AS SUBROGEE FOR JAMES CARLEY

------------

ORIGINAL PROCEEDING

------------

# MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus, the response

of the real party in interest, and relators' reply and is of the opinion that relief should

be denied.  Accordingly, relators' petition for writ of mandamus is denied.


Relators shall pay all costs of this original proceeding, for which let execution

issue.

PER CURIAM

---

[1] *See* Tex. R. App. P. 47.4, 52.8(d).

PANEL: GARDNER and MCCOY, JJ.

DELIVERED: June 18, 2010